

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-26-2010

# Cncl Tree Comm Inc v. USA

Precedential or Non-Precedential: Precedential

Docket No. 08-2036

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

## Recommended Citation

"Cncl Tree Comm Inc v. USA" (2010). *2010 Decisions.* Paper 655.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/655

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 25, 2010

No. 08-2036

COUNCIL TREE COMMUNICATIONS, INC; BETHEL NATIVE CORPORATION;
MINORITY MEDIA AND TELECOMMUNICATIONS COUNCIL,

Petitioners

v.

FEDERAL COMMUNICATION COMMISSION; UNITED STATES OF AMERICA,

Respondents

CTIA WIRELESS ASSOCIATION and T MOBILE USA INC,

Intervenor-Respondents (Per Clerk Order of 4/28/08)

(Agency Nos. 06-52/06-78/08-92)

Present: FISHER, HARDIMAN and STAPLETON, Circuit Judges

Motion by Petitioners for Correction of Clerical Errors in Opinion as follows:
The correct name of counsel for Petitioners' firm is Lerman Senter PLLC -
not Lerner Senter.
The law firm for Petitioners' Amici Counsel, The Ghatt Law Group, LLC,
was inadvertently omitted from the opinion.

/s/Tina Koperna
Case Manager (267) 299-4930

**O R D E R**

**The foregoing Motion is GRANTED.**

**By the Court,**

/s/ Thomas M. Hardiman
**Circuit Judge**

Dated: August 26, 2010

tmk/cc:

Dennis P. Corbett, Esq.
S. Jenell Trigg, Esq.
Robert B. Nicholson, Esq.
Robert J. Wiggers, Esq.
Laurence N. Bourne, Esq.
Ian H. Gershengorn, Esq.
Andrew G. McBride, Ews.
William T. Lake, Esq.
Jeneba Ghatt, Esq.
Joseph R. Palmore, Esq.
Elaine J. Goldberg, Esq.
Andrew G. McBride, Esq.
Jonathan E. Nuechterlein, Esq.
Thomas Gutierrez, Esq.
Carl N. Northrop, Esq.